1  RANDALL J. LEE, State Bar No. 144220
   CHRISTI M. GOTVALD, State Bar No. 184615
2  DANIEL G. CORTRIGHT, State Bar No. 206856
   WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
3  550 Montgomery Street, Eighth Floor
   San Francisco, California 94111-2534
4  Telephone:   (415) 781-7072
   Facsimile:   (415) 391-6258
5
   Attorneys for Defendant
6  HOUSING AUTHORITY OF THE COUNTY OF SAN
   MATEO
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | CONSTANCE ANDERSON,                          ) Case No. C-05-01967 MEJ
                                                  )
12 |         Plaintiff,                           ) **STIPULATION EXTENDING THE**
                                                  ) **TIME IN WHICH TO FILE A**
13 |   vs.                                        ) **RESPONSIVE PLEADING**
                                                  )
14 | HOUSING AUTHORITY OF THE COUNTY              ) Complaint Filed:   May 12, 2005
     OF SAN MATEO, a public entity, and FRANK    )
15 | SALMERON, both individually and as Manager   )
     of Housing Operations, Housing Authority of the )
16 | County of San Mateo,                          )
                                                  )
17 |         Defendants.                          )
                                                  )
18

19    The parties, through their respective counsel of record, stipulate to the following:

20    1.    The Housing Authority of the County of San Mateo authorized service of the

21 summons and complaint by mail on Lee A. Thompson, Esq., Deputy County Counsel for the

22 County of San Mateo. Plaintiff's counsel's office mailed a copy of the summons and complaint by

23 certified mail, to Mr. Thompson on Thursday, June 30, 2005.

24    2.    In order to complete service on Frank Salmeron under section 415.20 of the Code of

25 Civil Procedure, plaintiff's counsel's office mailed a copy of the summons and complaint by

26 certified mail, to Mr. Salmeron at the Housing Authority of the County of San Mateo on Thursday,

27 June 30, 2005.

28

-1-
STIPULATION EXTENDING THE TIME IN WHICH TO FILE A RESPONSIVE PLEADING

88185.1
3318-2.9058

3. The Housing Authority of the County of San Mateo and Frank Salmeron will file and serve a responsive pleading by July 29, 2005.

Dated: July 13, 2005

By: *Roger A. Carnagey*
ROGER A. CARNAGEY
Attorney for Plaintiff
CONSTANCE ANDERSON

Dated: July ___, 2005

OFFICE OF COUNTY COUNSEL, COUNTY OF SAN MATEO

By: _____
THOMAS F. CASEY III, County Counsel
LEE A. THOMPSON, Deputy County Counsel
Attorneys for Defendants
HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO and FRANK SALMERON

Dated: July 15, 2005

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By: *Christi M. Gotvald*
RANDALL J. LEE
CHRISTI M. GOTVALD
DANIEL G. CORTRIGHT
Attorneys for Defendant
HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO

July 25, 2005



APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION EXTENDING THE TIME IN WHICH TO FILE A RESPONSIVE PLEADING

88185.1
3318-2.9058