1  RANDALL J. LEE, State Bar No. 144220
   CHRISTI M. GOTVALD, State Bar No. 184615
2  WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
   601 Montgomery Street, Ninth Floor
3  San Francisco, California 94111-2612
   Telephone:  (415) 781-7072
4  Facsimile:   (415) 391-6258

5  Attorneys for Defendants
   HOUSING AUTHORITY OF THE COUNTY OF SAN
6  MATEO, a public entity, and FRANK SALMERON, both
   individually and as Manager of Housing Operations, Housing
7  Authority of the County of San Mateo

8  ROGER A. CARNAGEY, State Bar No. 79005
   Attorney at Law
9  One Kaiser Plaza, Suite 601
   Oakland, California 94612
10 Telephone: (510) 452-5005
   Facsimile: (510) 451-2944
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 | CONSTANCE ANDERSON,                    ) Case No. C05 01967 CRB/ADR
                                            )
16 |       Plaintiff,                       ) Judge:  Hon. Charles R. Breyer
                                            ) Date:   June 9, 2006
17 | vs.                                    ) Time:   8:30 a.m.
                                            ) Ctrm:   8, 19th Floor
18 | HOUSING AUTHORITY OF THE COUNTY        )
     OF SAN MATEO, a public entity, and FRANK ) STIPULATION AND [PROPOSED]
19   SALMERON, both individually and as Manager ) ORDER RE: CONTINUED MEDIATION
     of Housing Operations, Housing Authority of the ) AND FURTHER CASE MANAGEMENT
20   County of San Mateo,                   ) CONFERENCE
                                            )
21 |       Defendants.                      )
                                            )

22

23      The parties herein, by and through their respective counsel, hereby stipulate to the

24 following order of the court:

25      1.      This case shall continue to be mediated through the court appointed mediator,

26 Donna Brorby, Esq., for a period of not more than forty-five (45) days from June 9, 2006.

27 Therefore, the parties agree to conclude these mediation efforts not later than July 25, 2006.

28 ///

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

-1-
STIPULATION AND [PROPOSED] ORDER RE: CONTINUED MEDIATION AND FURTHER CASE MANAGEMENT CONFERENCE
159170.1
3318-2.9058

1  ///

2      2.    The parties agree to continue the further case management conference from June 9, 2006 to any of the following dates, subject to court order: August 4 ~~or August 11~~, 2006.

    IT IS SO STIPULATED.

Dated: June 7, 2006          WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By: /s/_____
RANDALL J. LEE
CHRISTI M. GOTVALD
Attorneys for Defendants
HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO, a public entity, and FRANK SALMERON

Dated: June 7, 2006

By: /s/_____
ROGER A. CARNAGEY
Attorney for Plaintiff
CONSTANCE ANDERSON

IT IS SO ORDERED.

Dated:    June 8, 2006

By: _____
HON. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED.*
*Judge Charles R. Breyer*

-2-
STIPULATION AND [PROPOSED] ORDER RE: CONTINUED MEDIATION AND FURTHER CASE MANAGEMENT CONFERENCE