```
 1 │ RANDALL J. LEE, State Bar No. 144220
   │ CHRISTI M. GOTVALD, State Bar No. 184615
 2 │ WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
   │ 601 Montgomery Street, Ninth Floor
 3 │ San Francisco, California 94111-2612
   │ Telephone:  (415) 781-7072
 4 │ Facsimile:  (415) 391-6258
   │
 5 │ THOMAS F. CASEY III, STATE BAR NO. 47562
   │ LEE A. THOMPSON, STATE BAR NO. 78415
 6 │ OFFICE OF SAN MATEO COUNTY COUNSEL
   │ 400 County Center, 6th Floor
 7 │ Redwood City, CA  94063-1662
   │ Telephone:    (650) 363-4697
 8 │ Facsimile:    (650) 363-4034
   │
 9 │ Attorneys for Defendants
   │ HOUSING AUTHORITY OF THE COUNTY OF SAN
10 │ MATEO, a public entity, and FRANK SALMERON, both
   │ individually and as Manager of Housing Operations, Housing
11 │ Authority of the County of San Mateo
   │
12 │ ROGER A. CARNAGEY, State Bar No. 79005
   │ Attorney at Law
13 │ One Kaiser Plaza, Suite 601
   │ Oakland, California 94612
14 │ Telephone: (510) 452-5005
   │ Facsimile: (510) 451-2944
15 │
   │ Attorney for Plaintiff CONSTANCE ANDERSON
16 │
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE ANDERSON, | Case No. C05 01967 CRB/ADR |
| Plaintiff, | Judge: Hon. Charles R. Breyer |
| | Date: August 4, 2006 |
| vs. | Time: 8:30 a.m. |
| | Ctrm: 8, 19th Floor |
| HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO, a public entity, and FRANK SALMERON, both individually and as Manager of Housing Operations, Housing Authority of the County of San Mateo, | **AMENDED STIPULATION AND [PROPOSED] ORDER RE: CONTINUED MEDIATION AND FURTHER CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

The parties herein, by and through their respective counsel, hereby stipulate to the

-1-
AMENDED STIPULATION AND [PROPOSED] ORDER RE: CONTINUED MEDIATION AND FURTHER
CASE MANAGEMENT CONFERENCE

170082.1
3318-2 9058

following order of the court:

Due to unavailability of plaintiff's counsel for the previously provided dates in the Stipulation filed on Thursday, July 27, 2006, we now offer the following amended stipulation:

1. This case shall continue to be mediated through the court appointed mediator, Donna Brorby, Esq., for a period of not more than forty-five (45) days from August 4, 2006. Therefore, the parties agree to conclude these mediation efforts not later than September 15, 2006.

2. The parties agree to continue the further case management conference from August 4, 2006, to the following date, subject to court order: September 22 or September 29, 2006.

IT IS SO STIPULATED.

Dated: August 1, 2006          WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

                               By:   /s/_____
                                     RANDALL J. LEE
                                     CHRISTI M. GOTVALD
                                     Attorneys for Defendants
                                     HOUSING AUTHORITY OF THE COUNTY OF
                                     SAN MATEO, a public entity, and FRANK
                                     SALMERON

Dated: August 1, 2006          OFFICE OF SAN MATEO COUNTY COUNSEL

                               By:   /s/_____
                                     THOMAS F. CASEY III
                                     LEE A. THOMPSON
                                     Attorneys for Defendants
                                     HOUSING AUTHORITY OF THE COUNTY OF
                                     SAN MATEO, a public entity, and FRANK
                                     SALMERON

Dated: August 1, 2006

                               By:   /s/_____
                                     ROGER A. CARNAGEY
                                     Attorney for Plaintiff
                                     CONSTANCE ANDERSON

-2-
AMENDED STIPULATION AND [PROPOSED] ORDER RE: CONTINUED MEDIATION AND FURTHER CASE MANAGEMENT CONFERENCE

1  This case shall continue to be mediated through the court appointed mediator, Donna
2  Brorby, Esq., for a period of not more than forty-five (45) days from August 4, 2006. Therefore,
3  the parties agree to conclude these mediation efforts not later than September 15, 2006.

4  The parties agree to continue the further case management conference from August 4, 2006,
5  to the following date, subject to court order: September 22 or September 29, 2006.

6  IT IS SO ORDERED.

7  Dated:   August 02, 2006

By: _____
HON. CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA