RANDALL J. LEE, State Bar No. 144220
CHRISTI M. GOTVALD, State Bar No. 184615
WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone: (415) 781-7072
Facsimile: (415) 391-6258

THOMAS F. CASEY III, STATE BAR NO. 47562
LEE A. THOMPSON, STATE BAR NO. 78415
OFFICE OF SAN MATEO COUNTY COUNSEL
400 County Center, 6th Floor
Redwood City, CA 94063-1662
Telephone: (650) 363-4697
Facsimile: (650) 363-4034

Attorneys for Defendants
HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO, a public entity, and FRANK SALMERON, both individually and as Manager of Housing Operations, Housing Authority of the County of San Mateo

ROGER A. CARNAGEY, State Bar No. 79005
Attorney at Law
One Kaiser Plaza, Suite 601
Oakland, California 94612
Telephone: (510) 452-5005
Facsimile: (510) 451-2944

Attorney for Plaintiff CONSTANCE ANDERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO, a public entity, and FRANK SALMERON, both individually and as Manager of Housing Operations, Housing Authority of the County of San Mateo,<br><br>Defendants. | Case No. C05 01967 CRB/ADR<br><br>Judge: Hon. Charles R. Breyer<br>Date: August 4, 2006<br>Time: 8:30 a.m.<br>Ctrm: 8, 19th Floor<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER RE: CONTINUED MEDIATION AND FURTHER CASE MANAGEMENT CONFERENCE** |

The parties herein, by and through their respective counsel, hereby stipulate to the

1 | following order of the court:

2 | Due to unavailability of plaintiff's counsel for the previously provided dates in the
3 | Stipulation filed on Thursday, July 27, 2006, we now offer the following amended stipulation:
4 |     1. This case shall continue to be mediated through the court appointed mediator,
5 | Donna Brorby, Esq., for a period of not more than forty-five (45) days from August 4, 2006.
6 | Therefore, the parties agree to conclude these mediation efforts not later than September 15, 2006.
7 |     2. The parties agree to continue the further case management conference from August
8 | 4, 2006, to the following date, subject to court order: September 22 or September 29, 2006.
9 | IT IS SO STIPULATED.

10 | Dated: August 1, 2006      WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By: /s/_____
RANDALL J. LEE
CHRISTI M. GOTVALD
Attorneys for Defendants
HOUSING AUTHORITY OF THE COUNTY OF
SAN MATEO, a public entity, and FRANK
SALMERON

16 | Dated: August 1, 2006      OFFICE OF SAN MATEO COUNTY COUNSEL

By: /s/_____
THOMAS F. CASEY III
LEE A. THOMPSON
Attorneys for Defendants
HOUSING AUTHORITY OF THE COUNTY OF
SAN MATEO, a public entity, and FRANK
SALMERON

22 | Dated: August 1, 2006

By: /s/_____
ROGER A. CARNAGEY
Attorney for Plaintiff
CONSTANCE ANDERSON

Walsworth, Franklin, Bevins & McCall, LLP
ATTORNEYS AT LAW

-2-
AMENDED STIPULATION AND [PROPOSED] ORDER RE: CONTINUED MEDIATION AND FURTHER
CASE MANAGEMENT CONFERENCE

170082.1
3318-2.9058

1    This case shall continue to be mediated through the court appointed mediator, Donna
2 Brorby, Esq., for a period of not more than forty-five (45) days from August 4, 2006. Therefore,
3 the parties agree to conclude these mediation efforts not later than September 15, 2006.
4    The parties agree to continue the further case management conference from August 4, 2006,
5 to the following date, subject to court order: ~~September 22 or~~ September 29, 2006.
6    IT IS SO ORDERED.
7 Dated:    August 02, 2006

By: _____
HON. CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA