United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF SAN MATEO, et al.,<br><br>    Defendants._____ / | No. C 05-01967 CRB<br><br>**ORDER** |

Now pending before the Court is plaintiff's motion to enforce the settlement agreement and for sanctions. After carefully considering the papers filed by the parties, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and DENIES plaintiff's motions. Plaintiff has not demonstrated that defendant is responsible for the delay in defendant's purchase of an annuity for plaintiff's benefit.

Before plaintiff files any new motions to enforce the settlement, plaintiff must meet and confer with defendants' counsel to determine if the dispute can be resolved without resort to the Court.

**IT IS SO ORDERED.**

Dated: March 31, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1967\orderresettlement.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California